56 F.3d 46
 Jose Ramon MORALES, aka: Pablo Jose Ramon Morales,
Petitioner-Appellant,
v.
CALIFORNIA DEPARTMENT OF CORRECTIONS, Director; E.R.
Meyers, Warden; Attorney General of the State of
California; Board of Prison Terms,
Respondents-Appellees.
 No. 92-56262.
 United States Court of Appeals,
Ninth Circuit.
 June 5, 1995.
 
 On Remand from the United States Supreme Court.
 Before: GIBSON,* HALL, and KLEINFELD, Circuit Judges.
 
 ORDER
 
 1
 This case is REMANDED to the District Court in accordance with the Supreme Court's decision in California Dept. of Corrections v. Morales, --- U.S. ----, 115 S.Ct. 1597, 131 L.Ed.2d 588 (1995).
 
 
 
 *
 The Honorable Floyd R. Gibson, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation